PROB 12B
ED/AR (12/2012)

FILED
U S DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 14 2014

JAMES W. McCORMACK, CLERK
By: _____
                    DEP CLERK

# United States District Court
## for the
## Eastern District of Arkansas

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Melisa Calhoun                              Case Number: 4:14CR00054-01 KGB

Name of Sentencing Judicial Officer:   Honorable Jon Phipps McCalla
                                        Chief United States District Judge

                                        December 3, 2013: Transfer of jurisdiction accepted by the
                                        Honorable Kristine G. Baker, United States District Judge

Original Offense:   Maintaining a Drug-Involved Premises and Aiding and Abetting

Date of Sentence:   May 29, 2013

Original Sentence:  Time served, 3 years supervised release, participate in home detention program for a period of 2 years, drug testing and treatment, support group therapy, maintain employment, DNA testing, $25,000 fine, and a $100 special penalty assessment

| Type of Supervision: | Supervised release | Date Supervision Commenced: May 29, 2013<br>Date Supervision Expires: May 28, 2016 | |
|---|---|---|---|
| U.S. Probation Officer: Jason G. Ade | | Asst. U.S. Attorney: John Ray White | Defense Attorney: To be assigned |

## PETITIONING THE COURT

☐   To extend the term of supervision for _____ year(s), for a total term of _____ years.

☒   To modify the conditions of supervision as follows:

**The defendant shall be placed on curfew with the use of electronic monitoring for the remainder of the two year period. The defendant shall be responsible for all costs of such monitoring.**

## CAUSE

Ms. Calhoun has maintained full-time employment and has been in compliance with all of her conditions including the special condition of home detention. Ms. Calhoun has minor children that reside in Memphis, Tennessee, and she has been granted custody of them every other weekend. Placing Ms. Calhoun on the least restrictive method of electronic monitoring will allow her the necessary time to establish a relationship with her children while still allowing the probation office to monitor her whereabouts.

Prob 12B                                    -2-                              Request for Modifying the
                                                                          Conditions or Terms of Supervision
                                                                              with Consent of the Offender

Name of Offender: Melisa Calhoun                     Case Number: 4:14CR00054-01 KGB

_____                            _____
Jason G. Ade                                         Jana Harris  John Ray White
U.S. Probation Officer                               Assistant U.S. Attorney

Date: March 25, 2014                                 Date: 04/08/14

Approved:

_____
Supervising U.S. Probation Officer

This form is to be filed with Criminal Docketing as a motion.

THE COURT ORDERS:

☐ No Action
☐ The Extension of Supervision as Noted Above
☒ The Modification of Conditions as Noted Above
☐ Other

                                                     _____
                                                     Signature of Judicial Officer

                                                     4/14/2014
                                                     Date

This form is to be filed with Criminal Docketing as an order and/or petition.

c:  Assistant Federal Public Defender, To be assigned, 1401 West Capitol Avenue, Suite 490, Little Rock, AR 72201
    Assistant U.S. Attorney, John Ray White, P.O. Box 1229, Little Rock, AR 72203

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF ARKANSAS

      I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

      I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**The defendant shall be placed on curfew with the use of electronic monitoring for the remainder of the 2 year period. The defendant shall be responsible for all costs of such monitoring.**

Witness: _____  Signed: _____
U.S. Probation Officer                Probationer or Supervised Releasee

3-25-2014
DATE